HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MOHAMMED SIDDIQUI,

    Plaintiff,

v.

UNIVERSITY OF WASHINGTON, et al.,

    Defendants.

CASE NO. C14-349RAJ

ORDER

The court GRANTS Defendants' motion to amend their answer. Dkt. # 22. Defendants seek leave to amend their answer to add a single sentence, one that clarifies that they intend to invoke the immunity that RCW 4.24.730 confers on an employer who discloses information about an employee or former employee to a prospective employer who requests that information.

Defendants have convinced the court that they have good cause for amending their answer even though the deadline for amended pleadings was October 22, 2014. They have convinced the court that they acted diligently in seeking amendment after learning that Plaintiff intended to argue that one or more Defendants was liable based on a job reference that Defendant Keith Vogel provided more than a year after Plaintiff left Defendants' employment. Plaintiff's claim that he will suffer prejudice as a result of the late amendment is not convincing. The amendment is not futile, because the statute potentially applies to immunize one or more Defendants from liability under Washington law.

ORDER – 1

Defendants shall file their amended answer no later than January 21, 2015.

DATED this 14th day of January, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2